# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   
    Walter J Van Puyenbroeck  
    Dolores A Van Puyenbroeck  
    Debtor(s)

Case No. 12-28072

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2012.

2) The plan was confirmed on 03/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/28/2013, 03/09/2015, 03/31/2016, 08/02/2016, 11/22/2016.

5) The case was completed on 08/11/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $66,250.00.

10) Amount of unsecured claims discharged without payment: $44,595.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,049.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $22,049.00

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $941.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,941.52

Attorney fees paid and disclosed by debtor: $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/R CONCEPTS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AAMS LIC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| ACCESS NEUROCARE | Unsecured | NA | 588.30 | 588.30 | 58.10 | 0.00 |
| ADVANCED CARDIOLOGY CONSULT | Unsecured | NA | 522.00 | 522.00 | 51.54 | 0.00 |
| ALEXIAN BROTHERS HOSPITAL NTW | Unsecured | NA | 2,019.78 | 2,019.78 | 199.47 | 0.00 |
| ALLIANCE LABORATORY PHYSICIAN | Unsecured | NA | 22.50 | 22.50 | 2.22 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOC | Unsecured | NA | 43.20 | 43.20 | 4.27 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN ENDOCRINOLOGY | Unsecured | NA | 40.00 | 40.00 | 3.95 | 0.00 |
| BANK OF AMERICA | Unsecured | 13,543.00 | NA | NA | 0.00 | 0.00 |
| CARDIAC & VASCULAR SPECIALISTS | Unsecured | 60.00 | 444.80 | 444.80 | 43.92 | 0.00 |
| CEP AMERICA ILLINOIS PC | Unsecured | NA | 615.80 | 615.80 | 60.82 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| DES PLAINES CHIROPRACTIC CENTE | Unsecured | NA | 130.50 | 130.50 | 12.87 | 0.00 |
| DITECH FINANCIAL LLC | Secured | 15,680.80 | 15,280.80 | 15,280.80 | 15,280.80 | 0.00 |
| DITECH FINANCIAL LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DR KATZ & DOLNICK PC | Unsecured | NA | 808.00 | 808.00 | 79.80 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 817.00 | 872.22 | 872.22 | 86.14 | 0.00 |
| ELGIN GASTROENTEROLOGY | Unsecured | NA | 20.00 | 20.00 | 1.98 | 0.00 |
| ELK GROVE RADIOLOGY SC | Unsecured | 0.00 | 13.00 | 13.00 | 1.29 | 0.00 |
| FOREST RECOVERY SRVS | Unsecured | NA | 177.06 | 177.06 | 17.49 | 0.00 |
| FOX VALLEY ENDOCRINOLOGY | Unsecured | NA | 20.00 | 20.00 | 1.98 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Unsecured | NA | 23.40 | 23.40 | 2.31 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS LTD | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| HOSPITAL MEDICINE CONSULTANTS | Unsecured | NA | 96.40 | 96.40 | 9.52 | 0.00 |
| KARE HOSPITAL MEDICINE | Unsecured | NA | 21.60 | 21.60 | 2.13 | 0.00 |
| LAKE MCHENRY PATHOLOGY ASSO | Unsecured | NA | 10.20 | 10.20 | 1.01 | 0.00 |
| MEA ELK GROVE LLC | Unsecured | NA | 168.00 | 168.00 | 16.60 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | NA | 29.01 | 29.01 | 2.87 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Unsecured | 160.00 | 62.40 | 62.40 | 6.16 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOCIATE | Unsecured | NA | 80.00 | 80.00 | 7.90 | 0.00 |
| PNC BANK | Unsecured | NA | 1,334.48 | 1,334.48 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 7,798.00 | 7,748.25 | 7,748.25 | 765.22 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 372.00 | 372.30 | 372.30 | 36.77 | 0.00 |
| SHAH MEDICAL ASSOCIATES LLC | Unsecured | NA | 242.20 | 242.20 | 23.92 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 304.00 | 12,149.51 | 12,149.51 | 1,199.89 | 0.00 |
| SUBURBAN SURGICAL CARE SPECIA | Unsecured | NA | 1,135.37 | 1,135.37 | 112.13 | 0.00 |
| THE BUREAUS INC | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| VALLEY MEDICAL & CARDIAC CLIN | Unsecured | NA | 145.90 | 145.90 | 14.41 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,280.80 | $15,280.80 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,280.80** | **$15,280.80** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,956.18** | **$2,826.68** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,941.52 |
| Disbursements to Creditors | $18,107.48 |
| **TOTAL DISBURSEMENTS** : | **$22,049.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/06/2018              By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**